**Joseph Michael GRIFFITH, Plaintiff–Appellant,**

v.

**Captain D. CLARK; Officer Whidpee; Captain Castello; John Doe; Officer Russell; Sgt. Boyd, Defendants–Appellees.**

**No. 13–6049.**

United States Court of Appeals, Fourth Circuit.

Submitted: March 25, 2013.

Decided: March 28, 2013.

Joseph Michael Griffith, Appellant Pro Se. Peter Andrew Regulski, Assistant Attorney General, Raleigh, North Carolina, for Appellees.

Before KING and GREGORY, Circuit Judges, and HAMILTON, Senior Circuit Judge.

Dismissed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Joseph Michael Griffith seeks to appeal the district court's order denying his motion for default judgment and granting Defendants' motions for extension of time and for leave to file the answer instanter. This court may exercise jurisdiction only over final orders, 28 U.S.C. § 1291 (2006), and certain interlocutory and collateral orders, 28 U.S.C. § 1292 (2006); Fed. R.Civ.P. 54(b); *Cohen v. Beneficial Indus. Loan Corp.,* 337 U.S. 541, 545–46, 69 S.Ct. 1221, 93 L.Ed. 1528 (1949). The order Griffith seeks to appeal is neither a final order nor an appealable interlocutory or collateral order. Accordingly, we dismiss the appeal for lack of jurisdiction. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process. The motion to dismiss the appeal is granted.

*DISMISSED.*